DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAMERON D. RAINEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0542

[June 4, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502005CF009572AXXX.

Cameron D. Rainey, Century, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Maye v. State,* 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted,* No. SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024).

GERBER, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***